# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PAUL FLANAGAN, on behalf of himself and other similarly situated laborers, | |
| Plaintiff, | Case No. 16 C 5653 |
| v. | Judge Tharp |
| EXCEL STAFFING SOLUTIONS, LLC d/b/a EXCEL PERSONNEL, | Magistrate Judge Rowland |
| Defendant. | |

## STIPULATION OF DISMISSAL *WITH PREJUDICE*

Plaintiff Paul Flanagan, through his attorneys, and Defendant Xcel Staffing Solutions, LLC, improperly named herein as Excel Staffing Solutions, LLC d/b/a Excel Personnel ("Xcel"), through its attorneys, hereby stipulate to the dismissal of Plaintiff Flanagan's claims raised in this lawsuit *with prejudice* with each party to bear its own fees and costs.

Respectfully Submitted,

**For Plaintiff Flanagan:**

*s/Christopher J. Williams*
Christopher J. Williams
WORKERS' LAW OFFICE, P.C.
53 W. Jackson Blvd, Suite 701
Chicago, IL 60604

**For Defendant Xcel Staffing Solutions, LLC:**

*s/ Chirag H. Patel*
Chirag H. Patel
GORDON REES SCULLY MANUSKHANI, LLP
One North Franklin, Suite 800
Chicago, Illinois 60606

Dated:   June 28, 2018